No. 02–8184. ALEXANDER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–8185. GARBORCAUSKAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8187. COLBERT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8188. COFFIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8189. CHAMPION v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8190. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8191. GODOSKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–8193. REYES-CASTRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8194. REED v. YUMA COUNTY, ARIZONA, ET AL. Ct. App. Ariz. Certiorari denied.

No. 02–8195. SIERRA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8196. REED v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 02–8197. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8199. ODMAN, AKA ODDMAN, AKA LLEWELYN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8200. MITCHELL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8201. LESLIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.